No. 2699. Martínez, Apelado, *v.* Pasarell, Apelante.— Corte de Distrito de Ponce. Resuelto en marzo 13, 1923. Reivindicación. Habiendo el tribunal examinado los alegatos escritos presentados por las partes así como las pruebas practicadas en el juicio en la corte inferior, llega a la conclusión que debe confirmarse la sentencia apelada.

No. 3002. Santiago, Apelado, *v.* Robles, Apelante. — Corte de Distrito de San Juan, Sección Segunda. Otorgamiento de escritura. Resuelto en marzo 15, 1923. Apareciendo de la moción de la apelada vista en corte abierta y de la certificación que se acompaña, que la apelación se interpuso en marzo 15, 1921 aunque se pidieron y obtuvieron prórrogas para transcribir la evidencia, la primera de las cuales se pidió cuando ya había vencido el término de ley y que los autos no se han radicado aún en la Secretaría del Tribunal, se declara con lugar la moción y se desestima la apelación.

No. 2999. F. Fresno, & Cía., Apelante, *v.* Smaine et al., Apelados.—Corte de Distrito de Humacao. Relación de créditos. Resuelto en marzo 15, 1923. Examinada la moción de desestimación presentada por los apelados y la certificación que se acompaña, se declara con lugar y se desestima la apelación.

No. 2083. El Pueblo, Apelado, *v.* Sánchez, Apelante.— Corte de Distrito de San Juan, Distrito Segundo. Infracción del artículo 370 del Código Penal. Resuelto en marzo 16, 1923. No habiendo el apelante radicado el alegato que se requiere por el artículo 42 del Reglamento, el tribunal resuelve en corte abierta desestimar la apelación.

No. 2039. El Pueblo, Apelado, *v.* Burgos, Apelante.— Corte de Distrito de San Juan, Distrito Segundo. Resuelto en marzo 20, 1923. Infracción del artículo 370 del Código Penal. No habiendo el apelante radicado el alegato que se requiere por el artículo 42 del Reglamento, el tribunal resuelve en corte abierta desestimar la apelación.